# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| Estate of James Brown ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 7:23-cv-1456 |
| United States of America ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Yvonne Brown, as spouse and personal representative of the Estate of James Brown, deceased .

Date: 10/10/2023

Samuel Harris (Oct 10, 2023 12:46 EDT)

*Attorney's signature*

S. Ranchor Harris, III 21022

*Printed name and bar number*

1784 Heritage Center Drive
Suite 204-E
Wake Forest, NC 27587

*Address*

ranchor@robertsandharrispc.com

*E-mail address*

(919) 249-5006

*Telephone number*

(919) 589-4845

*FAX number*